COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-07-126-CV

MARCUS J. KIRBY AND ANTOINETTE 
APPELLANTS

BACKHAUS D/B/A MARCUS & COMPANY

V.

RON RITTENHOUSE D/B/A AMERIFLEET APPELLEE

 
 

----------

FROM THE 89
TH
 DISTRICT COURT OF WICHITA COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered the parties’ “Motion For Dismissal.”  It is the court’s opinion that the motion should be granted; therefore, we dismiss the appeal.  
See
 T
EX.
 R. A
PP.
 P. 42.1(a)(2), 43.2(f).

Costs of the appeal shall be paid by the party incurring the same
, for which let execution issue.  
See 
Tex. R. App. P.
 
43.4.

PER CURIAM

PANEL D:  DAUPHINOT, HOLMAN, and GARDNER, JJ.

DELIVERED:  May 3, 2007

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.